UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff                          )<br>                                                )<br>   vs.                                          )<br>   *Moreno-Gutierrez, et al*     )<br>                                                )<br>            Defendant(s)              )<br>_____) | CRIMINAL NO. __08cr2510-BEN__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. _____ |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

*Fileman Jimenez-Nava*

DATED: *Aug 4, 2008*

RECEIVED _____
                        DUSM

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
   Deputy Clerk
   K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082