UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>Moreno-Gutierrez, et al<br><br>　　　　Defendant(s) | CRIMINAL NO. 08cr2510-BEN<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

CATHY ANN BENCIVENGO

On order of the United States District/Magistrate Judge, ~~Magistrate Judge~~

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Gabriella Arreola-Gabriel

DATED: Aug 4, 2008

CATHY ANN BENCIVENGO

—————————————————————
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
　　K. HAMMERLY  Deputy Clerk