UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br>)<br>vs. )<br>Antonio Francisco )<br>Moreno-Gutierrez, et al )<br>Defendant(s) ) | CRIMINAL NO. __08CR2510-BEN__<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. __10281298__ |

On order of the United States District/**Magistrate Judge**, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

**Tomas Vargas-Fabian**

DATED: __8-12-08__

RECEIVED _____ DUSM

RECEIVED 2008 AUG 12 P 12:03 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

__CATHY ANN BENCIVENGO__
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by __Hernandez__
       Deputy Clerk